**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **PARKER POE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Case No. 3:24-cv-00368** |
| | ) | |
| **v.** | ) | **Judge Crenshaw** |
| | ) | **Magistrate Judge Frensley** |
| **VANDERBILT UNIVERSITY,** *et al.*, | ) | |
| | ) | |
| **Defendants.** | ) | |

**DEFENDANTS' MOTION TO RECONSIDER STATE COURT ORDER GRANTING**
**PLAINTIFF LEAVE TO PROCEED UNDER PSEUDONYM**

Pursuant to Federal Rule of Civil Procedure 54(b), Defendants Vanderbilt University ("Vanderbilt"), Dr. Melanie Lowe ("Dr. Lowe"), and Dr. Jeremy Bourgoin ("Dr. Bourgoin (collectively, "Defendants") move the Court to reconsider the "Order for Leave to Proceed Under Pseudonym" issued by the Circuit Court for Davidson County, Tennessee prior to Defendants' removal of the case to this Court ("State Court Order") (ECF No. 1-1 at 77). Plaintiff's allegations do not entitle him to the exceptional relief of proceeding under a pseudonym. Instead, as courts have held previously, the types of allegations made by Plaintiff to support his claims arising out of a university student conduct proceeding should be governed by the presumption of open and transparent court proceedings.

For these reasons, as more fully discussed in the accompanying Memorandum of Law, Defendants respectfully request that the Court should effectively reconsider the State Court Order by issuing its own order denying Plaintiff leave to file under a pseudonym and requiring Plaintiff to file an Amended Complaint including his full name in compliance with Federal Rule of Civil Procedure 10.

1

Pursuant to Local Rule 7.01(a)(1), counsel for Defendants have conferred with counsel for Plaintiff, and the relief requested in this motion is opposed.

Respectfully submitted,

*/s Mark A. Baugh*

Mark A.  Baugh (#15779)
Ryan P. Loofbourrow (#33414)
Katelyn R. Dwyer (#39090)
Baker, Donelson, Bearman,
Caldwell & Berkowitz, P.C.
1600 West End Avenue, Suite 2000
Nashville, TN 37203
(615) 726-5600
mbaugh@bakerdonelson.com
rloofbourrow@bakerdonelson.com
kdwyer@bakerdonelson.com

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

  I hereby certify that on June 11, 2024, a copy of the foregoing *Defendants' Motion for Reconsideration of State Court Order Granting Plaintiff Leave to Proceed Under Pseudonym* was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

    Cory R. Miller (#034770)
    Jacob E. Moses (041637)
    Brewer, Krause, Brooks & Chastain, PLLC
    545 Mainstream Drive, Suite 101
    Nashville, TN 37228
    (615) 256-8787
    Fax: (615) 256-8985
    cmiller@bkblaw.com
    jmoses@bkblaw.com

    Robert Rambadadt
    The Rambadadt Office
    16 Madison Square West
    Floor 12
    New York City, NY 10010
    (646) 450-8049
    rrambadadt@ramba.com

    Susan Kaplan
    Charles Caranicas
    The Kaplan Law Office
    30 Wall Street
    Floor 8
    New York, NY 10005
    (504) 586-9292
    skaplan@lawkaplan.com
    caranicas@lawkaplan.com

        */s Mark A. Baugh*
        Mark A. Baugh