# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| PARKER POE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 3:24-CV-00368 |
| | ) | |
| DR. MELANIE LOWE, in her individual | ) | |
| and official capacity, DR. JEREMY | ) | |
| BOURGOIN, in his individual and official | ) | |
| capacity, and VANDERBILT UNIVERSITY, | ) | |
| | ) | |
| Defendants. | ) | |

## UNOPPOSED MOTION FOR LEAVE
## TO FILE RESPONSE IN OPPOSITION AND EXTENSION OF TIME

Comes now Plaintiff, Parker Poe ("Plaintiff"), by and through counsel, pursuant to Local Rule 7.01(a)(3), and hereby respectfully requests this Honorable Court enter an Order granting Plaintiff leave to file a Response in Opposition to Defendants' Motion to Reconsider State Court Order Granting Plaintiff Leave to Proceed Under Pseudonym ("Defendants' Motion") (Doc. No. 20). Additionally, Plaintiff respectfully requests that this Court enter an Order granting Plaintiff an extension of time to file a response in opposition to Defendants' Motion. In support of this Motion, Plaintiff would state as follows:

1.     Pursuant to Local Rule 7.01(a)(3), no response to a motion for reconsideration shall be filed, unless ordered by the Court.

2.     Plaintiff opposes Defendants' Motion and would respectfully request leave to file a response in opposition to the Motion for the Court's consideration.

3.     In addition, Plaintiff seeks an extension of time to file a response in opposition to the Defendants' Motion.

4.      Plaintiff would respectfully request that this Court enter an Order providing that Plaintiff shall file a response in opposition on or before July 10, 2024, and that Defendants' reply to Plaintiff's response, if any, shall be filed on or before July 24, 2024.

5.      Pursuant to Local Rule 7.01(a)(1), counsel for Plaintiff has conferred with counsel for Defendants, and counsel for Defendants has advised that the relief requested in this Motion is unopposed.

Respectfully submitted,


*s/ Jacob E. Moses*
**CORY R. MILLER**
Registration No. 34770
**JACOB E. MOSES**
Registration No. 41637
*Attorneys for Plaintiff, Parker Poe*

**BREWER, KRAUSE, BROOKS**
**CHASTAIN & MEISNER, PLLC**
545 Mainstream Drive, Suite 101
Nashville, TN 37228
E-Mail: cmiller@bkblaw.com
Phone: (615) 630-7745
E-Mail: jmoses@bkblaw.com
Phone: (615) 630-7742

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of June, 2024, a true and correct copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served via email or by regular U. S. Mail. Parties may access this file through the court's electronic filing system.

Mark A. Baugh, Esquire
Ryan P. Loofbourrow, Esquire
Katie Dwyer, Esquire
Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C.
1600 West End Avenue, Suite 2000
Nashville, TN 37203
*Attorneys for Defendants*

*/s/ Jacob E. Moses*_____
**JACOB E. MOSES**