IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| PARKER POE, | ) | |
|     Plaintiff, | ) | Civil Action No. 3:24-cv-368 |
| | ) | Judge Crenshaw/Frensley |
| v. | ) | Jury Demand |
| | ) | |
| DR. MELANIE LOWE, ET AL. | ) | |
|     Defendants. | ) | |

## ORDER

Pending before the Court is an emergency motion to intervene for the limited purpose of protecting the anonymity of third-party Simon Roe and to seal Plaintiff's Proposed Amended Complaint (Docket No. 25-1) and prohibit further disclosure of Roe's identity. Docket No. 28. A supporting memorandum has been filed. Docket No. 29. For the reasons set forth herein, the Motion is **GRANTED IN PART**.[1]

The third party "Simon Roe" has filed the instant motion following the filing of a Proposed Amended Complaint (Docket No. 25-1) which includes the identity of Roe and his father. Roe contends this identification is contrary to state court orders protecting their anonymity and is "unnecessary and certain to inflict serious harm on Roe." Docket No. 28. Roe seeks an Order from this Court allowing Roe to intervene for the purpose of protecting his anonymity; to immediately place the proposed Amended Complaint under seal on an emergency basis; to enter an Order requiring that all Parties preserve Roe's anonymity by refering to him by using the pseudonym

---

1 Local Rule 7.01(b) permits the Court to act on a motion prior to the time allowed for response. The Court does not believe it necessary to wait 21 days for this matter to be briefed in light of the issues.

"Simon Roe" adopted by Poe in the Original Complaint and referring to his family members using related pseudonyms; and set a telephone conference to coordinate any additional briefing or determination required to make any such orders permanent. Docket No. 28.

Briefing is not completed and the Court has not ruled upon Plaintiff's motion for leave to file their First Amended Complaint. Given that the Proposed Amended Complaint includes the identity of Roe and in light of the collateral state court proceedings, the Court finds it appropriate to allow Roe to intervene for the limited purposes of protecting his anonymity. Further, until such time as the Court can rule on the motion to amend as well as Roe's request to make any reference to him be by pseudonym permanent, it is appropriate to preserve his anonymity.

For the reasons set forth herein, the Motion (Docket No. 28) is **GRANTED IN PART**. The Clerk of Court is directed to place the Proposed Amended Complaint (Docket No. 25-1) under seal. Further, all Parties shall preserve Roe's anonymity by referring to him using the pseudonym "Simon Roe" in any further filings until such time as the Court rules otherwise.

The Parties shall meet and confer to determine whether an agreement can be reached regarding the use of the pseudonym "Simon Roe" that would resolve Roe's motion. The Parties shall file a joint status report on or before **July 12, 2024,** confirming they have discussed the requested relief and the status of same. In the event the parties are unable to reach an agreement, Roe may file an appropriate motion by **July 19, 2024,** to be briefed in the manner prescribed by the Local Rules of Court. Until such time as the Court rules on any forthcoming motion, the Proposed Amended Complaint shall remain under seal and the Parties are required to preserve Roe's anonymity as set forth herein.

**IT SO ORDERED.**

**JEFFERY S. FRENSLEY**
**United States Magistrate Judge**