IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| PARKER POE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 3:24-CV-00368 |
| ) | JURY DEMANDED |
| DR. MELANIE LOWE, in her individual ) | |
| and official capacity, DR. JEREMY ) | Judge Crenshaw |
| BOURGOIN, in his individual and official ) | Magistrate Judge Frensley |
| capacity, VANDERBILT UNIVERSITY, ) | |
| NEIL JAMERSON, in his individual and ) | |
| official capacity, LISA CLAPPER, in her ) | |
| Individual and official capacity, ) | |
| DR. JAMIE BOJARSKI, in her individual ) | |
| and official capacity, and ) | |
| DR. CYNTHIA PASCHAL, in her ) | |
| Individual and official capacity. ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF'S RESPONSE IN OPPOSITION
TO DEFENDANTS' MOTION TO DISMISS**

Comes now Plaintiff, Parker Poe ("Poe"), by and through their undersigned counsel, and for their Response in opposition to the Motion to Dismiss filed by Defendants, Dr. Melanie Lowe, Dr. Jeremy Bourgoin, and Vanderbilt University (collectively "Defendants"), would state as follows:

**Brief Factual and Procedural History**

Plaintiff filed their original Complaint in the Davidson County Circuit Court on or about March 6, 2024. (Doc. 1-1). Defendants then removed this matter to the United States District Court for the Middle District of Tennessee on or about April 1, 2024. (Doc. 1).

Defendants then filed a Motion to Dismiss pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure on or about May 8, 2024. (Docs. 16-17). Plaintiff then filed a Motion to Amend their Complaint on or about June 25, 2024. (Doc. 25). Defendants filed their Response to Plaintiff's Motion to Amend their Complaint stating that they had no opposition to Plaintiff's Motion to Amend on or about July 9, 2024. (Doc. 32). This Court entered an Order on or about July 10, 2024, granting Plaintiff's Motion to Amend their Complaint. (Doc. 33). The Clerk of this Court then filed Plaintiff's First Amended Complaint on July 10, 2024, thereby making it the operative Complaint. (Doc. 34).

## Law & Argument

It is well settled in Tennessee than an Amended Complaint supersedes the preceding Complaint thereby "rendering the original of no legal effect …." Christian v. Lapidus, 833 S.W.2d 71, 73 (Tenn. 1992). See also, Stephens v. Home Depot U.S.A., Inc., 529 S.W.3d 63, 70 n.4 (Tenn. Ct. App. 2016). Filing a Motion to Amend the Complaint to assert additional facts, causes of action, and add parties, in response to a Motion to Dismiss is proper, especially in the very early stages of a case. See Mason v. Sevier Cty., No. 3:12-CV-469, 2013 U.S. Dist. LEXIS 110154, at *4-5 (E.D. Tenn. Aug. 6, 2013). By virtue of filing an Amended Complaint, Defendants' Motion to Dismiss should be considered moot. See Flack v. Aluminum, No. 4:23-cv-803, 2024 U.S. Dist. LEXIS 55673, at *2 (N.D. Ohio Mar. 28, 2024) (""It is well-settled that motions to dismiss are rendered moot upon the filing of an amended complaint."). See also, Curran v. Fronabarger, No. 23-1064-STA-jay, 2024 U.S. Dist. LEXIS 26803, at *3 (W.D. Tenn. Feb. 15, 2024). The same applies to courts in this district. See Local Spot, Inc. v. Lee, No. 3:20-cv-00421, 2020 U.S. Dist. LEXIS 241761, at *3 (M.D. Tenn. Dec. 14, 2020); Norman v. Rolling Hills

Hosp., LLC, No. 3:10-0500, 2010 U.S. Dist. LEXIS 68817, at *3 (M.D. Tenn. July 8, 2010); Eastep v. City of Nashville, No. 3:22-cv-00721, 2023 U.S. Dist. LEXIS 114214, at *8 (M.D. Tenn. July 3, 2023); Singh v. Gilbert, No. 3:21-cv-00444, 2021 U.S. Dist. LEXIS 256683, at *5 (M.D. Tenn. Oct. 25, 2021)

Plaintiff has now filed their First Amended Complaint. The First Amended Complaint contains additional factual allegations not previously known to Plaintiff when Plaintiff first filed their Complaint in March 2024. Plaintiff's First Amended Complaint also asserts additional causes of action against Defendants, as well as name additional Defendants not previously named in this lawsuit. Thus, since Plaintiff's First Amended Complaint is the operative Complaint, no Defendant in this action has responded to Plaintiff's First Amended Complaint. There are several Defendants who have not yet been served with the First Amended Complaint, which means there are Defendants who have not yet appeared, either *pro se* or through counsel, in this action. Thus, since Plaintiff has filed their First Amended Complaint, Defendants' Motion to Dismiss (docs. 16-17) should be denied, as moot, without prejudice.

## Conclusion

For reasons stated herein, Defendants' Motion to Dismiss (docs. 16-17) should be denied, as moot, without prejudice because Plaintiff's filing of their First Amended Complaint renders Defendant's Motion to Dismiss moot as the Complaint that Defendants moved to dismiss is no longer the operative Complaint.

Respectfully submitted,

*/s/ Cory R. Miller*
**CORY R. MILLER**
Registration No. 34770
DIRECT: (615) 630-7745
cmiller@bkblaw.com
**JACOB E. MOSES**
Registration No. 41637
DIRECT: (615) 630-7742
jmoses@bkblaw.com
*Attorneys for Plaintiff, Parker Poe*

**BREWER, KRAUSE, BROOKS
CHASTAIN & MEISNER, PLLC**
545 Mainstream Drive, Suite 101
Nashville, TN 37228

4

## CERTIFICATE OF SERVICE

   I hereby certify that on this 10th day of July, 2024, a true and correct copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served via email or by regular U. S. Mail. Parties may access this file through the court's electronic filing system.

  Mark A. Baugh, Esquire
  Ryan P. Loofbourrow, Esquire
  Katie Dwyer, Esquire
  Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C.
  1600 West End Avenue, Suite 2000
  Nashville, TN 37203
  *Attorneys for Defendants*

  Kevin C. Klein, Esquire
  Jeffrey W. Sheehan, Esquire
  Klein Solomon Mills, PLLC
  1322 Fourth Avenue North
  Nashville, TN 37208
  Kevin.klein@kleinpllc.com
  Jeff.shehan@kleinpllc.com
  *Attorneys for Third-Party Intervenor Simon Roe*

        */s/ Cory R. Miller*
        **CORY R. MILLER**