UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| PARKER POE, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   No. 3:24-cv-00368 |
| | ) |
| DR. MELANIE LOWE, et al., | ) |
| | ) |
|     Defendants. | ) |

## ORDER

On May 8, 2024, Defendants Vanderbilt University, Dr. Melanie Lowe, and Dr. Jeremy Bourgoin filed a Motion to Dismiss the complaint. (Doc. No. 16). While that motion was pending, Plaintiff filed an Amended Complaint on July 10, 2024. (Doc. No. 34). Because the Amended Complaint is now the legally operative complaint in this case, see Parry v. Mohawk Motors of Mich., Inc., 236 F.3d 299, 306–07 (6th Cir. 2000), Defendants' original Motion to Dismiss (Doc. No. 16) is **DENIED WITHOUT PREJUDICE** to it being refiled to address the Amended Complaint.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE