# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| **PARKER POE,** | ) | |
| **Plaintiff,** | ) | **Civil Action No. 3:24-cv-368** |
| | ) | **Judge Crenshaw/Frensley** |
| **v.** | ) | **Jury Demand** |
| | ) | |
| **DR. MELANIE LOWE, ET AL.** | ) | |
| **Defendants.** | ) | |

## ORDER

Consistent with the Court's order, the Parties have filed a joint status report regarding intervenor Simon Roe's motion to protect his anonymity in this matter. Docket No. 42. The report indicates that there may be a change of lead counsel for Plaintiff that may impact the Parties' positions on this matter and requests that the Court stay the briefing on the remaining points of disagreement until after Plaintiff's anticipated change of lead counsel is resolved. *Id.*

There is currently no motion to withdraw pending before the Court and apart from the representations in the status report it is unclear if or when such motion would be filed. The Court agrees however that given the Parties' meet and confer efforts, it is still possible that resolution may be reached between the parties. The Parties shall submit a revised joint status report regarding the disputed issues and status of counsel on or before **August 1, 2024**. The Court's previous order regarding the anonymity of Simon Roe (Docket No. 30) remains in effect pending further order of the Court.

**IT SO ORDERED.**

**JEFFERY S. FRENSLEY**
**United States Magistrate Judge**