# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

PARKER POE,

      Plaintiff,

v.

DR. MELANIE LOWE, *et al.*,

      Defendants.

)
)
)
)
)
)
)
)
)
)

Case No. 3:24-CV-00368

Judge Crenshaw
Magistrate Judge Frensley

## JOINT STATUS REPORT

Pursuant to the Court's July 17, 2024, Order (Doc. #44), the parties submit this status report. Plaintiff Parker Poe recently obtained new lead counsel, Tracy L. Turner, who regularly represents students in similar matters. Ms. Turner filed her Motion for *Pro Hac Vice* Admission on July 31, 2024. (Doc. #56)

Regarding the intervenor's request, Plaintiff's current position, after consultation with new counsel, is that both he and Simon Roe should be permitted to use pseudonyms. The case involves highly sensitive information about sexual assault allegations involving both Plaintiff and Simon Roe. Prosecution of the case will involve disclosure of information of the utmost intimacy and it is, therefore, appropriate to use pseudonyms for Plaintiff and Simon Roe. *See Doe v. Porter,* 370 F.3d 558, 560 (6th Cir. 2004). Plaintiff's position is that any concerns over discovery inhibitions with the use of pseudonyms can be addressed through a protective order.

Ms. Turner spoke with counsel for intervenor and counsel for Defendants on July 31, 2024 to ask if the parties could agree to use pseudonyms for Plaintiff and Simon Roe and work together on a protective order to address the issue. Counsel for Defendants is maintaining its position that the Court should deny Plaintiff the use of pseudonyms and is taking no position about the use of pseudonyms

for Simon Roe. Given the unresolved motion on whether Plaintiff can use pseudonyms, Plaintiff is not in a position to consent to intervenor's request at this time. Therefore, the parties propose that intervenor submit his renewed motion regarding the use of pseudonyms by August 15, 2024.

Respectfully submitted,

**GIDEON, ESSARY, TARDIO  & CARTER, PLC**

*/s/ Cory R. Miller*
Cory R. Miller # 34770
4400 Harding Pike, Suite 1000
Nashville, TN  37205
(615) 254-0400
cory@getclawfirm.com


*/s/ Tracy L. Turner   (w/ perm. CRM #34770)*
Tracy L. Turner (*pro hac vice* pending)
Rosenberg & Ball Co., LPA
205 South Prospect Street
Granville, Ohio 43023
740.644.1027 (telephone)
866.498.0811 (facsimile)
tturner@rosenbergball.com

*Attorneys for Plaintiff Parker Poe*

*/s Katelyn R. Dwyer   (w/ perm. CRM #34770)*
Mark A.  Baugh (#15779)
Ryan P. Loofbourrow (#33414)
Katelyn R. Dwyer (#39090)
Baker, Donelson, Bearman,
Caldwell & Berkowitz, P.C.
1600 West End Avenue, Suite 2000
Nashville, TN 37203
(615) 726-5600
mbaugh@bakerdonelson.com
rloofbourrow@bakerdonelson.com
kdwyer@bakerdonelson.com

*Counsel for Defendants*

<i>/s Jeffrey W. Sheehan   (w/ perm. CRM #34770)</i>

Kevin C. Klein, Esquire (#23301)
Jeffrey W. Sheehan, Esquire (#33534)
Klein Solomon Mills, PLLC
1322 Fourth Avenue
North Nashville, TN 37208 Kevin.klein@kleinpllc.com
Jeff.shehan@kleinpllc.com

*Attorneys for Third-Party Intervenor Simon Roe*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 1st day of August, 2024, a true and correct copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the court's electronic filing system to all parties indicated on the electronic filing receipt.  All other parties will be served via email or by regular U. S. Mail.  Parties may access this file through the court's electronic filing system.

Mark A. Baugh, Esquire
Ryan P. Loofbourrow, Esquire
Katie Dwyer, Esquire
Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C. 1600
West End Avenue, Suite 2000
Nashville, TN 37203
*Attorneys for Defendants*

Kevin C. Klein, Esquire Jeffrey
W. Sheehan, Esquire Klein
Solomon Mills, PLLC 1322
Fourth Avenue North Nashville,
TN 37208
Kevin.klein@kleinpllc.com
Jeff.shehan@kleinpllc.com
*Attorneys for Third-Party Intervenor Simon Roe*

<i>/s/ Cory R. Miller</i>

3