IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| PARKER POE, | ) | |
|     Plaintiff, | ) | Civil Action No. 3:24-cv-368 |
| | ) | Judge Crenshaw/Frensley |
| v. | ) | Jury Demand |
| | ) | |
| DR. MELANIE LOWE, ET AL. | ) | |
|     Defendants. | ) | |

## ORDER

The Parties shall continue their meet and confer efforts to resolve the pseudonym issues. In the event they are unable to do so, the intervenor shall file any motion regarding the use of pseudonym by **August 15, 2024**.

**IT SO ORDERED.**

_____
**JEFFERY S. FRENSLEY**
**United States Magistrate Judge**