IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| PARKER POE,<br>     Plaintiff, | )<br>)<br>) |
| v. | ) Civil Action No. 3:24-cv-368<br>) Judge Crenshaw/Frensley |
| DR. MELANIE LOWE, ET AL.<br>     Defendants. | )<br>) |

## ORDER GRANTING MOTION TO FILE RESPONSE

Before the Court is Defendants' "Motion for Leave to File Response to Plaintiff's Memorandum in Opposition to Motion to Protect the Anonymity of Third-Party Simon Roe and Prohibit Further Disclosure of Roe's Identity." Docket No. 80. Plaintiff filed a response in opposition. Docket No. 82. No reply has been filed. Having considered the arguments regarding pseudonymity for Plaintiff and Roe, as set forth in the Order Granting Defendants' Motion to Reconsider and Third-Party Intervenor's Motion to Seal (Docket No. 93), the Motion is hereby **GRANTED**.

IT IS SO ORDERED.

**JEFFERY S. FRENSLEY**
**United States Magistrate Judge**