# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

PARKER ROE,                    )
                              )
    Plaintiff,              )
                              )
v.                             )   No. 3:24-cv-00368
                              )
DR. MELANIE LOWE, *et. al.*,    )
                              )
    Defendants.             )
                              )

## ORDER

For the reasons in the accompanying Memorandum Opinion, the Motion to Dismiss First Amended Complaint (Doc. No. 62) will be **GRANTED IN PART** and **DENIED IN PART**. The Motion is DENIED as to Count III, which will remain pending. The Motion is **GRANTED** as to Counts I and IX, which will be dismissed. Count X will be dismissed without prejudice. As to Counts II, IV, V, VI, VII, and VIII, the Motion will be **GRANTED IN PART** and **DENIED IN PART**. Finally, because no claims remain pending against them, defendants Melanie Lowe and Cynthia Paschal will be **DISMISSED**.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE