# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| PARKER POE, | ) |
| Plaintiff, | ) Case No. 3:24-cv-00368 |
| v. | ) Judge Crenshaw |
| | ) Magistrate Judge Frensley |
| VANDERBILT UNIVERSITY, *et al.*, | ) |
| Defendants. | ) |

## JOINT CASE RESOLUTION STATUS REPORT

Pursuant to the Initial Case Management Order dated October 15, 2024 (Doc. 89), Plaintiff Parker Poe and Defendants Vanderbilt University, Dr. Jeremy Bourgoin, Neil Jamerson, Lisa Clapper, and Dr. Jamie Bojarski (collectively, "Defendants") file this Joint Case Resolution Status Report.

On November 22, 2024, Plaintiff communicated a settlement demand to Defendants comprised of both monetary and non-monetary relief. On November 25, 2024, Defendants rejected Plaintiff's settlement demand and declined to make a counteroffer considering both the monetary and non-monetary terms proposed by Plaintiff.

Substantive discovery in this matter has not yet begun. The Parties agree that they will revisit the potential for settlement later in the case with the benefit of discovery. The Parties will also commit to filing a second Joint Case Resolution Status Report no later than August 1, 2025 pursuant to the terms of the Initial Case Management Order.

Respectfully submitted,

*/s Katelyn R. Dwyer*
Mark A. Baugh (#15779)
Ryan P. Loofbourrow (#33414)
Katelyn R. Dwyer (#39090)
Baker, Donelson, Bearman,
Caldwell & Berkowitz, P.C.
1600 West End Avenue, Suite 2000
Nashville, TN 37203
(615) 726-5600
mbaugh@bakerdonelson.com
rloofbourrow@bakerdonelson.com
kdwyer@bakerdonelson.com

*Counsel for Defendants*


*/s Tracy L. Turner (signed with permission)*
Tracy L. Turner (admitted *pro hac vice*)
Rosenberg & Ball Co., LPA
205 South Prospect Street
Granville, Ohio 43023
740.644.1027 (telephone)
866.498.0811 (facsimile)
tturner@rosenbergball.com

Parks T. Chastain
Brewer, Krause, Brooks, Chastain & Meisner
545 Mainstream Drive, Suite 101
Nashville, TN 37228
(615) 630-7717
pchastain@bkblaw.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on November 26, 2024, a copy of the foregoing *Joint Case Resolution Status Report* was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

Parks T. Chastain
Brewer, Krause, Brooks & Chastain, PLLC
545 Mainstream Drive, Suite 101
Nashville, TN 37228
(615) 256-8787
Fax: (615) 256-8985
pchastain@bkblaw.com

Tracy Turner
Rosenberg & Ball Co., LPA
205 South Prospect Street
Granville, OH 43023
(614) 657-3454
tturner@rosenbergall.com

*Counsel for Plaintiff*

Kevin C. Klein
Jeffrey W. Sheehan
Klein Solomon Mills, PLLC
1322 4th Avenue North
Nashville, TN 37208
(615) 600-4780
Fax: (615) 600-4780
kevin.klein@kleinpllc.com
jeff.sheehan@kleinpllc.com

*Counsel for Intervenor Simon Roe*

Susan Kaplan
Charles Caranicas
The Kaplan Law Office
30 Wall Street, Floor 8
New York, NY 10005
(504) 586-9292
skaplan@lawkaplan.com
caranicas@lawkaplan.com

Robert Rambadadt
The Rambadadt Office
16 Madison Square West, Floor 12
New York City, NY 10010
(646) 450-8049
rrambadadt@ramba.com

*Counsel for Plaintiff*

                                                      */s Katelyn R. Dwyer*
                                                      Katelyn R. Dwyer