IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| PARKER POE, ) | |
|     Plaintiff, ) | Civil Action No. 3:24-cv-368 |
| ) | Judge Crenshaw/Frensley |
| v. ) | Jury Demand |
| ) | |
| VANDERBILT UNIVERSITY, ET AL. ) | |
|     Defendants. ) | |

## ORDER

On November 26, 2024, the Parties filed a Joint Case Resolution Status Report (Docket No. 102) pursuant to the requirements of the initial case management order (Docket No. 89). The report reflects that the Plaintiff communicated a settlement demand to Defendants which the Defendants rejected. Docket No. 102. The report further stated that the Defendants declined to make a counteroffer. *Id.* As explained in detail at the initial case management conference and set forth in the initial case management order, Judge Crenshaw expects the Parties will make a substantive attempt to resolve the case. Those efforts require that the Parties exchange offer and demand and create a plan to facilitate successful settlement negotiations. Defendants refusal to make a counteroffer does not comply with Judge Crenshaw's requirements and therefore is not acceptable.

By **December 13, 2024**, the Parties shall file a revised status report reflecting that the Defendants have made a counter offer as required by Judge Crenshaw.

**IT SO ORDERED.**

*[signature]*
**JEFFERY S. FRENSLEY**
**United States Magistrate Judge**