IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| PARKER POE, | ) |
|     Plaintiff, | ) Case No. 3:24-cv-00368 |
| v. | ) Judge Crenshaw |
| | ) Magistrate Judge Frensley |
| DR. MELANIE LOWE, *et al.*, | ) |
|     Defendants. | ) |

### SUPPLEMENTAL JOINT CASE RESOLUTION STATUS REPORT

Pursuant to the Court's November 26, 2024 order requiring the Parties to file a revised status report reflecting that the Defendants have made a counteroffer to settle the case (ECF No. 105), Plaintiff Parker Poe and Defendants Vanderbilt University, Dr. Jeremy Bourgoin, Neil Jamerson, Lisa Clapper, and Dr. Jamie Bojarski (collectively, "Defendants") file this Revised Joint Case Resolution Status Report.

Defendants have conveyed a counteroffer offer to Plaintiff. As of the date of this filing, Plaintiff is still considering Defendants' counteroffer. The case has not settled.

Respectfully submitted,

/s Ryan P. Loofbourrow
Mark A. Baugh (#15779)
Ryan P. Loofbourrow (#33414)
Katelyn R. Dwyer (#39090)
Baker, Donelson, Bearman,
Caldwell & Berkowitz, P.C.
1600 West End Avenue, Suite 2000
Nashville, TN 37203
(615) 726-5600
mbaugh@bakerdonelson.com
rloofbourrow@bakerdonelson.com
kdwyer@bakerdonelson.com

*Counsel for Defendants*

1

*/s Tracy L. Turner (signed with permission)*
Tracy L. Turner (admitted *pro hac vice*)
Rosenberg & Ball Co., LPA
205 South Prospect Street
Granville, Ohio 43023
740.644.1027 (telephone)
866.498.0811 (facsimile)
tturner@rosenbergball.com

Parks T. Chastain
Brewer, Krause, Brooks, Chastain & Meisner
545 Mainstream Drive, Suite 101
Nashville, TN 37228
(615) 630-7717
pchastain@bkblaw.com

*Counsel for Plaintiff*

2

Case 3:24-cv-00368    Document 109    Filed 12/13/24    Page 2 of 3 PageID #: 1458

## CERTIFICATE OF SERVICE

      I hereby certify that on December 13, 2024, a copy of the foregoing *Supplemental Joint Case Resolution Status Report* was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

Parks T. Chastain
Brewer, Krause, Brooks & Chastain, PLLC
545 Mainstream Drive, Suite 101
Nashville, TN 37228
(615) 256-8787
Fax: (615) 256-8985
pchastain@bkblaw.com

Tracy Turner
Rosenberg & Ball Co., LPA
205 South Prospect Street
Granville, OH 43023
(614) 657-3454
tturner@rosenbergall.com

*Counsel for Plaintiff*

Kevin C. Klein
Jeffrey W. Sheehan
Klein Solomon Mills, PLLC
1322 4th Avenue North
Nashville, TN 37208
(615) 600-4780
Fax: (615) 600-4780
kevin.klein@kleinpllc.com
jeff.sheehan@kleinpllc.com

*Counsel for Intervenor Simon Roe*

Susan Kaplan
Charles Caranicas
The Kaplan Law Office
30 Wall Street, Floor 8
New York, NY 10005
(504) 586-9292
skaplan@lawkaplan.com
caranicas@lawkaplan.com

Robert Rambadadt
The Rambadadt Office
16 Madison Square West, Floor 12
New York City, NY 10010
(646) 450-8049
rrambadadt@ramba.com

*Counsel for Plaintiff*

                                        */s Ryan P. Loofbourrow*
                                        Ryan P. Loofbourrow