MOTION GRANTED.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| **PARKER POE,** | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 3:24-cv-00368 |
| | ) | |
| v. | ) | Judge Crenshaw |
| | ) | Magistrate Judge Frensley |
| **DR. MELANIE LOWE,** *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

### JOINT MOTION TO AMEND CERTAIN CASE MANAGEMENT DEADLINES

The Parties move to set Defendants' deadline to file an Answer for **December 20, 2024**, and extend the parties' deadline to amend the pleadings to **January 9, 2024**. If the Court grants this motion, Plaintiff's Motion to Extend Amendment Deadline (ECF No. 108) can be found moot. For good cause, the Parties show:

1. This case was removed from state court to the Court on April 1, 2024.

2. On August 7, 2024, Defendants filed a Motion to Dismiss the Amended Complaint. (ECF No. 62.)

3. On October 15, 2024, the Court entered the Initial Case Management Order, setting certain deadlines. In the order, the Court required: "Any motions to amend or to add parties shall be filed by no later than **December 9, 2024**." (ECF No. 89 at 5.)

4. On November 1, 2024, the Court granted Defendants' Motion to Reconsider State Court Order Granting Plaintiff Leave to Proceed Under Pseudonym. (ECF No. 93.) In the order, the Court required Plaintiff to file a Revised Amended Complaint within 14 days after the order but stayed the order until any motion for review is resolved. (*Id.* at 15-16.)

5.      On November 13, 2024, the Court granted in part and denied in part Defendants' Motion to Dismiss. (ECF No. 98.) Normally, Defendants' deadline to file an Answer would be within 14 days of the date of the order disposing of Defendants' motion. Fed. R. Civ. P. 12(a)(4)(A). However, Plaintiff was also under a deadline to file a Revised Amended Complaint by November 15, which would be stayed if Plaintiff filed a motion for review. Defendants would have 14 days after Plaintiff filed a revised Amended Complaint to file an Answer. Fed. R. Civ. P. 15(a)(3).

6.      On November 15, 2024, Plaintiff filed the Motion for Review of Nondispositive Order of Magistrate Judge. (ECF No. 99.)

7.      To clarify deadlines and ensure all parties have sufficient time to make their pleadings, the parties have agreed that Defendants should file an Answer to the Amended Complaint. The parties request a deadline of **December 20, 2024**.

8.      For the reasons stated in Plaintiff's Motion for Extension of Time (ECF No. 108), the parties agree that the deadline to amend pleadings or add parties shall be extended by thirty days, to **January 9, 2024**. This deadline is for substantive amendments only, and does not include any revisions Plaintiff must make to the pleadings under the Court's previous order (ECF No. 93). If Plaintiff revises the Amended Complaint under the previous order, where the only changes are to Plaintiff's name and to anonymize Simon Roe, Defendants do not need to file a revised or amended answer.

9.      Because this motion seeks the same relief as Plaintiff's Motion for Extension of Time (ECF No. 108), that motion can be found moot.

For the foregoing reasons, the parties jointly move to set Defendant's deadline to file an Answer for **December 20, 2024**, and extend the parties' deadline to amend the pleadings to **January 9, 2024**.

Respectfully submitted,

*/s Ryan P. Loofbourrow*
Mark A. Baugh (#15779)
Ryan P. Loofbourrow (#33414)
Katelyn R. Dwyer (#39090)
Baker, Donelson, Bearman,
Caldwell & Berkowitz, P.C.
1600 West End Avenue, Suite 2000
Nashville, TN 37203
(615) 726-5600
mbaugh@bakerdonelson.com
rloofbourrow@bakerdonelson.com
kdwyer@bakerdonelson.com

*Counsel for Defendants*

*/s Tracy L. Turner (signed with permission)*
Tracy L. Turner (admitted *pro hac vice*)
Rosenberg & Ball Co., LPA
205 South Prospect Street
Granville, Ohio 43023
740.644.1027 (telephone)
866.498.0811 (facsimile)
tturner@rosenbergball.com

Parks T. Chastain
Brewer, Krause, Brooks, Chastain & Meisner
545 Mainstream Drive, Suite 101
Nashville, TN 37228
(615) 630-7717
pchastain@bkblaw.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on December 13, 2024, a copy of the foregoing *Joint Motion to Amend Certain Case Management Deadlines* was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

Parks T. Chastain
Brewer, Krause, Brooks & Chastain, PLLC
545 Mainstream Drive, Suite 101
Nashville, TN 37228
(615) 256-8787
Fax: (615) 256-8985
pchastain@bkblaw.com

Tracy Turner
Rosenberg & Ball Co., LPA
205 South Prospect Street
Granville, OH 43023
(614) 657-3454
tturner@rosenbergall.com

*Counsel for Plaintiff*

Kevin C. Klein
Jeffrey W. Sheehan
Klein Solomon Mills, PLLC
1322 4th Avenue North
Nashville, TN 37208
(615) 600-4780
Fax: (615) 600-4780
kevin.klein@kleinpllc.com
jeff.sheehan@kleinpllc.com

*Counsel for Intervenor Simon Roe*

Susan Kaplan
Charles Caranicas
The Kaplan Law Office
30 Wall Street, Floor 8
New York, NY 10005
(504) 586-9292
skaplan@lawkaplan.com
caranicas@lawkaplan.com

Robert Rambadadt
The Rambadadt Office
16 Madison Square West, Floor 12
New York City, NY 10010
(646) 450-8049
rrambadadt@ramba.com

*Counsel for Plaintiff*

                */s Ryan P. Loofbourrow*
                Ryan P. Loofbourrow