IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| PARKER POE, | ) | |
| Plaintiff, | ) | Civil Action No. 3:24-cv-368 |
| | ) | Judge Crenshaw/Frensley |
| v. | ) | Jury Demand |
| | ) | |
| VANDERBILT UNIVERSITY, ET AL. | ) | |
| Defendants. | ) | |

## ORDER

Pending before the Court are two motions to seal filed by Defendants in this matter. Docket Nos. 18 and 64. The motions seek to file certain information identifying Plaintiff by his full name under seal pending resolution of the Defendants' motion to reconsider state court order granting Plaintiff leave to proceed under pseudonym (Docket No. 20).

While the Court concluded that Plaintiff, Parker Poe, cannot meet the legal standard required to proceed under a pseudonym (Docket No. 93), Plaintiff has filed a motion for review of that order ( Docket No. 99). The motion for review has been fully briefed and is pending before the Court.

In light of the motion for review, the Defendants' motions to file under seal (Docket Nos. 18 and 64) are **GRANTED**. The Court or the Parties may revisit this issue at a later date upon resolution of the motion for review. Until such time, the pleadings shall remain under seal.

IT SO ORDERED.

JEFFERY S. FRENSLEY
**United States Magistrate Judge**