MOTION GRANTED.
[signature]

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| PARKER POE, | ) |
| Plaintiff, | ) Case No. 3:24-cv-00368 |
| v. | ) Judge Crenshaw |
| | ) Magistrate Judge Frensley |
| DR. MELANIE LOWE, *et al.*, | ) |
| Defendants. | ) |

**JOINT MOTION TO SET BRIEFING SCHEDULE ON PLAINTIFF'S MOTION TO AMEND COMPLAINT**

On January 23, 2025, Plaintiff filed a second Motion to Amend Complaint, which noted that Defendants oppose this motion on grounds of futility.[1] (ECF No. 123.) The parties have conferred and, given the calendars of all attorneys involved, request that the Court extend the deadline for Defendants to file a response in opposition to Plaintiff's motion and for Plaintiff to file a reply. By agreement of the parties, they propose:

- Defendants' response to Plaintiff's motion be extended for 14 days, from February 5, 2025, to **February 19, 2025**;

- Plaintiff's deadline to file a reply be extended for 14 days, from February 26, 2025, to **March 12, 2025**.

In accordance with Local Rule 7.01(a)(1), all parties join this motion, and so it is not opposed.

---

[1] Defendants do not waive raising other grounds in opposition of the motion to amend.

1

Respectfully submitted,

*/s Mark A. Baugh*
Mark A. Baugh (#15779)
Ryan P. Loofbourrow (#33414)
Katelyn R. Dwyer (#39090)
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.
1600 West End Avenue, Suite 2000
Nashville, TN 37203
(615) 726-5600
mbaugh@bakerdonelson.com
rloofbourrow@bakerdonelson.com
kdwyer@bakerdonelson.com

*Counsel for Defendants*


*/s Tracy L. Turner (signed with permission)*
Tracy L. Turner (admitted *pro hac vice*)
Rosenberg & Ball Co., LPA
205 South Prospect Street
Granville, Ohio 43023
740.644.1027 (telephone)
866.498.0811 (facsimile)
tturner@rosenbergball.com

Parks T. Chastain
Brewer, Krause, Brooks, Chastain & Meisner
545 Mainstream Drive, Suite 101
Nashville, TN 37228
(615) 630-7717
pchastain@bkblaw.com

*Counsel for Plaintiff*

# CERTIFICATE OF SERVICE

      I hereby certify that on February 5, 2025, a copy of the foregoing *Joint Motion to Set Briefing Schedule on Plaintiffs' Motion to Amend Complaint* was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

Parks T. Chastain
Brewer, Krause, Brooks & Chastain, PLLC
545 Mainstream Drive, Suite 101
Nashville, TN 37228
(615) 256-8787
Fax: (615) 256-8985
pchastain@bkblaw.com

Tracy Turner
Rosenberg & Ball Co., LPA
205 South Prospect Street
Granville, OH 43023
(614) 657-3454
tracy.rblaw@gmail.com

*Counsel for Plaintiff*

Kevin C. Klein
Jeffrey W. Sheehan
Klein Solomon Mills, PLLC
1322 4th Avenue North
Nashville, TN 37208
(615) 600-4780
Fax: (615) 600-4780
kevin.klein@kleinpllc.com
jeff.sheehan@kleinpllc.com

*Counsel for Intervenor Simon Roe*

Susan Kaplan
Charles Caranicas
The Kaplan Law Office
30 Wall Street, Floor 8
New York, NY 10005
(504) 586-9292
skaplan@lawkaplan.com
caranicas@lawkaplan.com

Robert Rambadadt
The Rambadadt Office
16 Madison Square West, Floor 12
New York City, NY 10010
(646) 450-8049
rrambadadt@ramba.com

*Counsel for Plaintiff*

                                             */s Mark A. Baugh*
                                             Mark A. Baugh

4916-2446-1078v2
2938951-000003 02/05/2025