> For the reasons previously stated (Docket No. 120), the Motion is GRANTED.

*[signature]*

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| PARKER POE, | ) | |
| | ) | Case No. 3:24-CV-00368 |
| Plaintiff, | ) | |
| | ) | Judge Crenshaw |
| v. | ) | Magistrate Judge Frensley |
| | ) | |
| DR. MELANIE LOWE, *et al.* | ) | |
| | ) | |
| Defendants. | ) | |

## UNOPPOSED MOTION TO SEAL DOCUMENTS

Plaintiff Parker Poe moves this Court, pursuant to L.R.5.03, to seal the Motions to Quash and related documents filed by former Vanderbilt University students named in the complaint as S.A. and L.N., who are co-Defendants of Plaintiff Parker Poe in the state court defamation case filed against them by Intervenor Simon Roe. (Doc. Nos. 132-138) The content of the Motions to Quash, Memorandums in Support, and exhibits as filed contain information about the state court case that easily reveals Plaintiff Parker Poe's name. Determination of whether Plaintiff is entitled to use a pseudonym in this litigation is fully briefed and pending before the Court. (Doc. Nos. 93, 99) Counsel for Defendants, counsel for S.A., and counsel for L.N. do not oppose sealing of these documents.

Respectfully submitted,

/s/ Tracy L. Turner
Tracy L. Turner (admitted *pro hac vice*)
Rosenberg & Ball Co., LPA
205 South Prospect Street
Granville, Ohio 43023
740.644.1027 (telephone)
866.498.0811 (facsimile)
tturner@rosenbergball.com

**PARKS T. CHASTAIN**
Registration No. 13744
DIRECT: (615) 630-7717
cmiller@bkblaw.com
**BREWER, KRAUSE, BROOKS CHASTAIN & MEISNER, PLLC**
545 Mainstream Drive, Suite 101
Nashville, TN 37228

Attorneys for Plaintiff Parker Poe

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was filed electronically and served this 10th day of March, 2025 via the Court's electronic filing system:

Mark A. Baugh (#15779)
Ryan P. Loofbourrow (#33414)
Katelyn R. Dwyer (#39090)
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.
1600 West End Avenue, Suite 2000
Nashville, TN 37203
(615) 726-5600
mbaugh@bakerdonelson.com
rloofbourrow@bakerdonelson.com
kdwyer@bakerdonelson.com

/s/ Tracy L. Turner
Tracy L. Turner