MOTION GRANTED.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

PARKER POE,                          )
                                     )   Case No. 3:24-CV-00368
              Plaintiff,             )
                                     )   Judge Crenshaw
v.                                   )   Magistrate Judge Frensley
                                     )
DR. MELANIE LOWE, *et al.*           )
                                     )
              Defendants.            )

## UNOPPOSED MOTION TO SEAL DOCUMENTS

Plaintiff Parker Poe moves this Court, pursuant to L.R.5.03, to seal the Memorandum in

Opposition to the Motion to Quash by L.N. and related documents (Doc. #146) because L.N.'s

motion contained information about the state court that easily reveals Plaintiff Parker Poe's name,

as does the response. Determination of whether Plaintiff is entitled to use a pseudonym in this

litigation is fully briefed and pending before the Court. (Doc. Nos. 93, 99) Counsel previously

consented to sealing documents relating to the filing.

Respectfully submitted,

/s/ Tracy L. Turner
Tracy L. Turner (admitted *pro hac vice*)
Rosenberg & Ball Co., LPA
205 South Prospect Street
Granville, Ohio 43023
740.644.1027 (telephone)
866.498.0811 (facsimile)
tturner@rosenbergball.com

**PARKS T. CHASTAIN**
Registration No. 13744
DIRECT: (615) 630-7717
cmiller@bkblaw.com
**BREWER, KRAUSE, BROOKS**
**CHASTAIN & MEISNER, PLLC**
545 Mainstream Drive, Suite 101
Nashville, TN 37228

Attorneys for Plaintiff Parker Poe

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a copy of the foregoing was filed electronically and served this 20th day of March, 2025 via the Court's electronic filing system:

Mark A. Baugh (#15779)
Ryan P. Loofbourrow (#33414)
Katelyn R. Dwyer (#39090)
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.
1600 West End Avenue, Suite 2000
Nashville, TN 37203
(615) 726-5600
mbaugh@bakerdonelson.com
rloofbourrow@bakerdonelson.com
kdwyer@bakerdonelson.com

Reba Brown (#10920)
Katherine Kimmel (#38320)
Lewis Thomason, P.C.
424 Church Street, Suite 2500
Nashville, TN 37219
rbrown@lewisthomason.com
kkimmel@lewisthomason.com

/s/ Tracy L. Turner
Tracy L. Turner

3