# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| PARKER POE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 3:24-CV-00368 |
| DR. MELANIE LOWE, *et al.* | ) ) ) |
| Defendants. | ) |

## SECOND CASE MANAGEMENT ORDER

The Court having considered the Joint Motion to Amend the Initial Case Management Order, and being familiar with the docket and pleadings filed therein, hereby enters the following Second Case Management Order and resets the deadlines as follows:

| Event | Old Deadline | New Deadline |
|---|---|---|
| Joint Status Report | August 1, 2025 | August 1, 2025 |
| Discovery-related motions shall be filed | April 30, 2025 | August 29, 2025 |
| Plaintiff shall disclose any experts and expert reports | July 31, 2025 | September 15, 2025 |
| Parties shall complete all written discovery and depose all fact witnesses | June 30, 2025 | October 30, 2025 |
| Defendant shall disclose any experts and expert reports | September 17, 2025 | November 14, 2025 |
| All experts shall be deposed | October 15, 2025 | December 12, 2025 |
| Parties to file motions dispositive motions | November 19, 2025 | January 16, 2026 |

| Responses to dipositive motions | December 17, 2025 | February 13, 2026 |
| Replies to dispositive motions | January 7, 2026 | February 27, 2026 |

The Court may reschedule any of the above deadlines upon request of the parties and as deemed necessary.

ENTERED THIS 7th DAY OF April, 2025.

_____
**JUDGE JEFFERY S. FRENSLEY**

Approved for entry by:

/s/ J. Alex Little
J. Alex Little (TN BPR #29858)
Zachary C. Lawson (TN BPR #36092)
John R. Glover (TN BPR # 37772)
Litson PLLC
54 Music Square East, Suite 300
Nashville, TN 37203
Telephone: 615-985-8205
alex@litson.co
zack@litson.co
jr@litson.co

/s/ Katelyn R. Dwyer (w/ permission)
Katelyn R. Dwyer
Mark A. Baugh
Ryan R. Loofbourrow
Baker Donelson (Nashville)
1600 West End Avenue Suite 2000
Nashville, TN 37203
kdwyer@bakerdonelson.com
mbaugh@bakerdonelson.com
rloofbourrow@bakerdonelson.com