IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| PARKER POE, ) | |
| ) | |
| ) | |
| v. ) | Civil Case No. 3:24-cv-00368 |
| ) | Judge Crenshaw / Frensley |
| ) | |
| DR. MELANIE LOWE, et al., ) | |
| ) | |

**O R D E R**

Due to a conflict in the Court's calendar, the Status Conference set for May 13, 2025 at 8:30 a.m. is hereby RESET for May 15, 2025 at 8:30 a.m. via telephone. The parties shall call **1-855-244-8681**, and when prompted for the access code, enter **23139129180#** to participate in the telephone conference. If a party has difficulty connecting to the call or has been on hold for more than five (5) minutes, please call 615-736-7344.

IT IS SO ORDERED.

_____
JEFFERY S. FRENSLEY
United States Magistrate Judge