UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| PARKER POE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 3:24-cv-00368 |
| | ) |
| DR. MELANIE LOWE, et al., | ) |
| | ) |
| Defendants. | ) |

### ORDER

On or before **September 12, 2025**, Plaintiff shall file a supplement to his Motion to Stay the Court's Order Requiring Plaintiff to Disclose His True Name (Doc. No. 197) to address whether the Court has jurisdiction to stay its order now that he filed a Notice of Appeal. See, e.g., Zundel v. Holder, 687 F.3d 271, 282 (6th Cir. 2012) (quoting NLRB v. Cincinnati Bronze, Inc., 829 F.2d 585, 588 (6th Cir. 1987)) ("As a general rule, an effective notice of appeal divests the district court of jurisdiction over the matter forming the basis for the appeal."). Defendants shall respond to Plaintiff's motion and supplement on or before **September 19, 2025**.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE