# EXHIBIT 3 – EXCERPT FROM PLAINTIFF'S DISCOVERY RESPONSES 4.25.2025

Plaintiff objects to this interrogatory because it is duplicative of prior requests. The information sought has already been requested in previous interrogatories or discovery requests, making this interrogatory unnecessary.

Plaintiff objects to this interrogatory as seeking information beyond the relevant time period and scope of this litigation. Without waiving this objection, Plaintiff responds as follows:

See documents and information provided in response twelve of Defendants' request for production of documents.

8(b). *Include the dates you received the income.*

**RESPONSE:**

See documents and information provided in response twelve of Defendants' request for production of documents.

8(c). *Include the amount of income received on each date provided.*

**RESPONSE:**

See documents and information provided in response twelve of Defendants' request for production of documents.

9. Identify all health care professionals (by his or her name and hospital, clinic, or facility affiliation) you have seen for treatment or by whom you have been examined since January 1, 2019. State what prompted you to seek treatment or examination, the professional opinion rendered, the treatment recommended, and the prescription medication recommended or

prescribed. Identify each entity providing health insurance coverage for you from January 1, 2019 to the present, including the name of the primary insured and the policy number.

**RESPONSE**:

Plaintiff objects to this interrogatory because it is in excess of the number of interrogatories allowed under LR33.01, which limits interrogatories to twenty-five. Subparts of a question are counted as additional questions for purposes of the overall number.

Plaintiff expressly reserves all objections, both procedural and substantive, to this and all other discovery requests until such time as they are properly served in accordance with the applicable rules of civil procedure and the Court's scheduling order.

10. Describe in detail any medical or psychological treatment which you have received and which you attribute to any of the claims in the Complaint, and with regard to any such treatment, identify the following:

 (a) The nature and dates of any such treatment;

 (b) The physician, psychologist, or health care provider;

 (c) Any medication or treatment prescribed;

 (d) The date of your next appointment; and

 (e) Any documents or other evidentiary material which is related to such treatment.

**RESPONSE**:

Plaintiff objects to this interrogatory because it is in excess of the number of interrogatories allowed under LR33.01, which limits interrogatories to twenty-five. Subparts of a question are counted as additional questions for purposes of the overall number.

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 25, 2025 a copy of the foregoing document was sent via e-mail to the following:

> Mark A. Baugh (#15779)
> Ryan P. Loofbourrow (#33414)
> Katelyn R. Dwyer (#39090)
> Baker, Donelson, Bearman,
> Caldwell & Berkowitz, P.C.
> 1600 West End Avenue, Suite 2000
> Nashville, TN 37203
> (615) 726-5600
> mbaugh@bakerdonelson.com
> rloofbourrow@bakerdonelson.com
> kdwyer@bakerdonelson.com
>
> *Counsel for Defendants*

           */s/ J. Alex Little*
           J. Alex Little

58

Case 3:24-cv-00368   Document 211-3   Filed 09/22/25   Page 4 of 4 PageID #: 2974