# EXHIBIT 5 – EXCERPT FROM PLAINTIFF'S DISCOVERY RESPONSES 5.16.2025

6.      Identify any employment opportunity that you contend you would have received but for Defendants' actions as alleged in the Complaint. Include the name of any prospective employer, address, phone number, the salary you would have obtained, any bonuses you contend that you would have received, and whether those bonuses were mandatory or discretionary.

6(a).   *Identify any employment opportunity that you contend you would have received but for Defendants' actions as alleged in the Complaint.*

**RESPONSE:**

Plaintiff objects to this interrogatory as calling for speculation regarding what "would have" occurred but for Defendants' actions. Without waiving this objection, Plaintiff responds as follows:

Plaintiff contends that he would have received employment opportunities at ███████████ ████████████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████████████ ███████████████████████████████.

**AMENDED RESPONSE**

After further review of this interrogatory, Plaintiff amends his response to only include companies which he believes were possible opportunities for him that then disappeared because of the actions as alleged in the Complaint. This includes opportunities he could have pursued after receiving his undergraduate degree and additionally pursuing higher education. Plaintiff does not contend that he would have received an offer from each of these companies, but that they were

26

companies that he was interested in and which he could have had future opportunities with prior to the events as alleged in the Complaint.

The list of these companies include: ████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
██████████████████████████████

Plaintiff further names the following companies as companies that he held a position at which then either offered him a full-time position or might have been interested in offering him a full-time position prior to the events in the Complaint: ████████████████████████
██████████████████████.

6(b).   *Include the address and phone number of any prospective employer.*

**RESPONSE:**

████████████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████████
██████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████

27

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 16, 2025 a copy of the foregoing document was sent via e-mail to the following:

Mark A.  Baugh (#15779)
Ryan P. Loofbourrow (#33414)
Katelyn R. Dwyer (#39090)
Baker, Donelson, Bearman,
Caldwell & Berkowitz, P.C.
1600 West End Avenue, Suite 2000
Nashville, TN 37203
(615) 726-5600
mbaugh@bakerdonelson.com
rloofbourrow@bakerdonelson.com
kdwyer@bakerdonelson.com

*Counsel for Defendants*

*/s/ J. Alex Little*
J. Alex Little