| | |
|---|---|
| **Subject:** | RE: Poe v. Lowe et al. |
| **Date:** | Thursday, August 14, 2025 at 10:42:13 AM Central Daylight Time |
| **From:** | Dwyer, Katie |
| **To:** | Ted Canter, Baugh, Mark, Loofbourrow, Ryan |
| **CC:** | Alex Little, Sloan Nickel |
| **Attachments:** | image001.png |

Hi Ted,

You are correct—absent a Court order today stating that Vanderbilt must produce witnesses for depositions as scheduled (which we agree is unlikely), we will not be producing witnesses tomorrow/next week. With that in mind, we're still hopeful that we can reach agreement on setting depositions in late September/early October.

I agree it makes sense to reconnect on scheduling/discovery issues. I am available tomorrow afternoon after 2 PM CT. I plan to have an answer for you on the class year comparator chart issue as well as some insight on the text message searches.

Best,

Katie

> **Katie Dwyer** | Associate | Baker Donelson
> Direct: 615.726.5777
> Cell: 248.231.5231
>
> ---
>
> **From:** Ted Canter <Ted@litson.co>
> **Sent:** Thursday, August 14, 2025 10:36 AM
> **To:** Baugh, Mark <mbaugh@bakerdonelson.com>; Dwyer, Katie <kdwyer@bakerdonelson.com>; Loofbourrow, Ryan <rloofbourrow@bakerdonelson.com>
> **Cc:** alex <alex@litson.co>; Sloan Nickel <sloan@litson.co>
> **Subject:** Poe v. Lowe et al.
>
> Hi all –
>
> Barring something unforeseen, it seems unlikely that the court will rule on the outstanding discovery disputes before tomorrow. My understanding is that you do not plan to make anyone available absent a court order to do so. Can you confirm that is correct?
>
> If we don't have an order, is one of you available tomorrow to discuss next steps on scheduling? I'd also like to close the loop on the outstanding discovery requests.
>
> Best,

Ted

**Ted Canter**
Attorney



54 Music Square East, Suite 300
Nashville, Tennessee 37203

| Ted@litson.co

**CONFIDENTIALITY NOTICE**: This email and any attachments may contain confidential and privileged information. If you are not the intended recipient, please notify the sender immediately and delete this message. Any unauthorized review, use, disclosure, or distribution is prohibited. Thank you.

NOTICE: This electronic mail transmission with any attachments may constitute an attorney-client communication, protected health information (PHI) or other confidential information that is in fact confidential, legally protected from disclosure and/or protected by the attorney-client privilege. If you are the intended recipient, please maintain confidentiality and be aware that forwarding this e-mail to others may result in a waiver of these protections and privileges and regardless electronic communications may be at times illegally accessed and viewed. If you are not the intended recipient, this e-mail is not intended for transmission to you, nor to be read, reviewed, used, distributed or even received by you or any other unauthorized persons. If you have received this electronic mail transmission in error, please double delete it from your system immediately without copying, reading or disseminating it, and notify the sender by reply e-mail, so that our address record can be corrected. Thank you very much.