| | |
|---|---|
| **Subject:** | RE: Poe v. Lowe et al.; No. 3: 24-cv-00368 |
| **Date:** | Saturday, September 20, 2025 at 7:17:53 AM Central Daylight Time |
| **From:** | Loofbourrow, Ryan |
| **To:** | Ally Foresman, Baugh, Mark, Dwyer, Katie |
| **CC:** | Ted Canter, Sloan Nickel, Alex Little |
| **Attachments:** | image001.png |

Alex/Ted,

These deposition notices are covered under our currently pending motion for discovery conference, which seeks postponement of Vanderbilt's and its employees' depositions until after the Court rules on all pending discovery disputes. As stated in the joint discovery dispute statement regarding depositions, we continue to believe that Plaintiff should be deposed first, and Plaintiff's deposition cannot be scheduled until we receive his medical and employment records. Therefore, we do not intend to produce these deponents on the dates listed based on the objection currently pending before the Court.

We have our motion to continue trial date or, alternatively, stay the case drafted, and we plan to file on Monday. We will note your opposition.

Thank you,
Ryan

**Ryan P. Loofbourrow**| *Baker Donelson* | 615.726.5662

---

**From:** Ally Foresman <ally@litson.co>
**Sent:** Monday, September 15, 2025 4:53 PM
**To:** Baugh, Mark <mbaugh@bakerdonelson.com>; Loofbourrow, Ryan <rloofbourrow@bakerdonelson.com>; Dwyer, Katie <kdwyer@bakerdonelson.com>
**Cc:** Ted Canter <Ted@litson.co>; Sloan Nickel <sloan@litson.co>; alex <alex@litson.co>
**Subject:** Poe v. Lowe et al.; No. 3: 24-cv-00368

Good afternoon,

Please find attached the Notices of Deposition for Melanie Lowe, Lisa Clapper, Neil Jamerson, Jeremy Bourgoin, and Vanderbilt University.

Best,
Ally Foresman

**Ally Foresman**
Lead Paralegal



54 Music Square East, Suite 300
Nashville, Tennessee 37203

(615) 985-8184 | ally@litson.co

**CONFIDENTIALITY NOTICE**: This email and any attachments may contain confidential and privileged information. If you are not the intended recipient, please notify the sender immediately and delete this message. Any unauthorized review, use, disclosure, or distribution is prohibited. Thank you.

NOTICE: This electronic mail transmission with any attachments may constitute an attorney-client communication, protected health information (PHI) or other confidential information that is in fact confidential, legally protected from disclosure and/or protected by the attorney-client privilege. If you are the intended recipient, please maintain confidentiality and be aware that forwarding this e-mail to others may result in a waiver of these protections and privileges and regardless electronic communications may be at times illegally accessed and viewed. If you are not the intended recipient, this e-mail is not intended for transmission to you, nor to be read, reviewed, used, distributed or even received by you or any other unauthorized persons. If you have received this electronic mail transmission in error, please double delete it from your system immediately without copying, reading or disseminating it, and notify the sender by reply e-mail, so that our address record can be corrected. Thank you very much.