UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| PARKER POE, | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) No. 3:24-cv-00368 |
| DR. MELANIE LOWE, et al., | ) |
| Defendants. | ) |

## ORDER

The Court has received the Joint Motion to Partially Reconsider the Court's October 16, 2025 Order with Respect to Continuing the Trial Date, (Doc. No. 217), and the Amended Motion to correct the signature block in their original motion. (Doc. No. 218).

The parties first argue that the Court's October 16, 2025 Order "did not address the request to continue the trial date for case management purposes." (Id. ¶ 5). They argue that the Court should reconsider this request and continue the trial date for at least three months "so that the Court has enough time to resolve the pending discovery disputes, and discovery can be completed." (Id. ¶ 8). The problem with this argument is that the parties have known about the June 2, 2026 trial date since October 2024, (see Doc. No. 90), and it is unclear why their teams of lawyers could not adequately prepare for trial during the next *seven* months. Moreover, the Magistrate Judge has not yet resolved the pending discovery disputes, so the parties are wildly speculating about how the discovery may impact the trial date. In short, there is no good cause to continue the trial date.

The Court also did not, as the parties creatively suggest, refer "Plaintiff's motion to continue the trial date to the Magistrate Judge, who cannot grant the motion." (Doc. No. 218 ¶ 6). It merely returned the case to the Magistrate Judge for further case management and to resolve the

pending discovery disputes and Plaintiff's Motion to Amend/Correct Case Management Deadlines. To the extent Plaintiff's pending motion, (Doc. No. 214), includes an embedded request to continue the trial date, the Court again clarifies there is no good cause to continue the trial date.

Accordingly, the parties' Motions to Partially Reconsider (Doc. Nos. 217, 218) are **GRANTED**, and this case will proceed to trial on June 2, 2026.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE