MOTION GRANTED.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| PARKER POE, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 3:24-cv-00368 |
| | ) | |
| v. | ) | |
| | ) | |
| DR. MELANIE LOWE, et al. | ) | |
| | ) | |
| Defendants. | ) | |

## JOINT MOTION TO AMEND/CORRECT
## THE CASE MANAGEMENT ORDER

The parties respectfully move the Court to amend the Case Management Order (Dkt. 157). In support, the parties state:

1.    On April 8, 2025, the Court entered the Second Case Management Order (Dkt. 157), which set the trial for June 2, 2026, and established discovery and motion deadlines.

2.    Since then, the Court has twice amended the Second Case Management Order—on August 26 and September 9, 2025. (Dkts. 195 and 200).

3.    On September 22, 2025, defendants filed a motion to continue the trial date and other deadlines or, alternatively, to stay the case pending resolution of their appeal of the pseudonym order. (Dkt. 211.) The motion sought, in part, to continue the case management deadlines for a period of at least six months.

1

4.      On October 8, 2025, while that motion was pending, plaintiff filed an unopposed motion to amend/correct case management deadlines and continue trial date. (Dkt. 214). Plaintiff's motions sought to continue the operative deadlines for three months and is still pending.

5.      On October 16, 2025, the Court entered an order denying defendant's motion to continue the trial date and other deadlines in case management order or, alternatively, to stay case pending resolution of appeal of pseudonym order. (Dkt. 216.) At the same time, the Court referred Plaintiff's motion to amend/correct case management deadlines and continue trial date to Magistrate Judge Frensley.

6.      The Parties subsequently filed a joint motion to partially reconsider the Court's October 16, 2025, order with respect to continuing the trial date (Dkt. 218), as several deadlines remained in dispute.

7.      On October 28, 2025, the Court granted that joint motion. (Dkt. 219.) In doing so, the Court reaffirmed the trial date of June 2, 2026. *Id*.

8.      The parties have now conferred and file this Joint Motion to Amend/Correct Case Management Deadlines (attached as **Exhibit 1**) to harmonize the existing deadlines with the June 2, 2026 trial date.

2

Dated: November 18, 2025                    Respectfully submitted,

*/s/ Edward J. Canter*

J. Alex Little (TN BPR No. 29858)
Edward J. Canter (NY No. 5345236)
Sloan Nickel (TN BPR No. 42956)
LITSON PLLC
54 Music Square E, Suite 300
Nashville, Tennessee 37203

*Attorneys for Plaintiff*


*/s/ Katelyn R. Dwyer*

Mark A. Baugh (TN BPR No. 15779)
Katelyn R. Dwyer (TN BPR No. 39090)
Ryan P. Loofbourrow (TN BPR No. 33414)
Baker Donelson
1600 West End Avenue, Suite 2000
Nashville, TN 37203

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 18, 2025, I filed the foregoing document electronically through the CM/ECF system, which caused all counsel of record to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

By: _/s/ Edward J. Canter_
Edward J. Canter