Motion (224) is **GRANTED** and Doc. No. 189 shall be stricken.

*/s/ Waverly D. Crenshaw, Jr.*
US DISTRICT JUDGE

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| **PARKER POE,** | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 3:24-cv-00368 |
| | ) | |
| v. | ) | Judge Crenshaw |
| | ) | |
| **MELANIE LOWE**, *et al.*, | ) | JURY DEMAND |
| | ) | |
| Defendants. | ) | |

## JOINT MOTION WITHDRAWING MOTION FOR DISCOVERY CONFERENCE

The parties jointly move to withdraw the Joint Motion for Discovery Conference which was filed with the Court at ECF No. 189. As grounds, the parties have begun taking depositions so this motion is now moot.

Respectfully submitted,

*/s Mark A. Baugh*
Mark A. Baugh (#15779)
Ryan P. Loofbourrow (#33414)
Katelyn R. Dwyer (#39090)
Baker, Donelson, Bearman,
Caldwell & Berkowitz, P.C.
1600 West End Avenue, Suite 2000
Nashville, TN 37203
(615) 726-5600
mbaugh@bakerdonelson.com
rloofbourrow@bakerdonelson.com
kdwyer@bakerdonelson.com

*Counsel for Defendants*