IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| PARKER POE, | ) | |
|     Plaintiff, | ) | Civil Action No. 3:24-cv-368 |
| | ) | Judge Crenshaw/Frensley |
| v. | ) | Jury Demand |
| | ) | |
| VANDERBILT UNIVERSITY, ET AL. | ) | |
|     Defendants. | ) | |

## ORDER

Pending before the Court are the Parties' motions for discovery conference (Docket Nos. 182, 186). The motions are **GRANTED.**

The Court will hold a discovery conference with the Parties by telephone on January 9, 2026 at 8:00 a.m. The Parties shall call 1-855-244-8681, at the appointed time. and when prompted for the access code, enter 23139129180# to participate in the Conference. If a party has difficulty connecting to the call or has been on hold for more than five (5) minutes, please contact chambers at 615-736-7344. By January 6, 2026, the Parties shall file a revised joint statement identifying what if any discovery matters remain in dispute.

    **IT IS SO ORDERED.**

    **JEFFERY S. FRENSLEY**
    **United States Magistrate Judge**