IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| PARKER POE, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 3:23-cv-00368 |
| | ) | |
| v. | ) | Judge Crenshaw |
| | ) | Magistrate Judge Frensley |
| DR. MELANIE LOWE, *et al.*, | ) | |
| | ) | JURY DEMAND |
| Defendants. | ) | |

**MOTION AND MEMORANDUM OF LAW TO SEAL CERTAIN EXHIBITS FILED IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

In accordance with Local Rule 5.03, Defendants move for leave to file under seal the exhibits in support of their motion for summary judgment listed in the concurrently-filed "[SEALED] NOTICE OF FILING IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT." For good cause, Defendants show:

1. Each of the exhibits except for the Scott Lewis expert report reference Parker Poe's real name. On April 1, 2024, the Davidson County Circuit Court ordered that Plaintiff be permitted to proceed under the pseudonym "Parker Poe." (ECF No. 1-1 at 77.) The Magistrate Judge reconsidered that order and held that Plaintiff must proceed under his real name (ECF No. 93), which the District Judge affirmed (ECF No. 194). That order, however, is stayed pending the resolution of Plaintiff's appeal from that order to the United States Court of Appeals for the Sixth Circuit. (ECF No. 216.) Thus, any exhibits reflecting Parker Poe's real name must be filed under seal.

2. Each of the exhibits except for the Scott Lewis expert report also reference Simon Roe's real name. The Court previously ruled that the real name of the person identified by the pseudonym "Simon Roe" should not be publicly disclosed, nor should his parents. (ECF No. 30.)

3. Each of the exhibits excluding the deposition transcripts of Lisa Clapper and Melanie Lowe and the expert report of Scott Lewis also reference names of non-party Vanderbilt students. The Court granted several motions permitting Vanderbilt to disclose the educational records of other students. (ECF Nos. 201-07.) Because these documents are educational records of non-parties, the Court held that the identities of the non-parties "shall be referenced by initials only in filings and documents submitted to the Court." (*Id.* ¶ 6 (in each order).) Thus, any document referencing the non-parties' names must be filed under seal. *See Doe v. Univ. of South*, No. 4:09-cv-62, 2011 WL 1258104, at *12 (E.D. Tenn. March 31, 2011) (sealing FERPA-protected documents).

4. The expert report of Scott Lewis was designated as Confidential by Plaintiff. In accordance with Paragraph 9(b) of the Stipulated Protective Order (ECF No. 95), Defendants file the report under seal. Plaintiff retains the burden to show whether the document should remain under seal. L.R. 5.03(d).

5. In accordance with Local Rule 5.03(e), redacted versions of all exhibits except for four are filed publicly. The four documents that are not—Exhibit 1 to deposition of Plaintiff, Exhibits 2-3 to deposition of Plaintiff's mother, and Exhibit 11 to deposition of Lisa Clapper— include Plaintiff's private health information discussed in greater detail than what Plaintiff put in the Second Amended Complaint and Supplemental Complaint. There "is a compelling interest in sealing [ ] documents that contain Plaintiff's medical information." *Myers v. Am. Ed. Servs.*, No. 1:18-cv-144, 2024 WL 2941752, at *2 (S.D. Ohio June 11, 2024) (citing references omitted).

6. In accordance with Local Rule 7.01(a)(1), counsel for Defendants has conferred with all other counsel and the relief requested in this motion is not opposed.

For the foregoing reasons, Defendants move for leave to file under seal exhibits 1-11 in support of their motion for summary judgment.

DATED: February 4, 2026

Respectfully submitted,

*/s Mark A. Baugh*
Mark A. Baugh (#15779)
Ryan P. Loofbourrow (#33414)
Katelyn R. Dwyer (#39090)
Baker, Donelson, Bearman,
Caldwell & Berkowitz, P.C.
1600 West End Avenue, Suite 2000
Nashville, TN 37203
(615) 726-5600
mbaugh@bakerdonelson.com
rloofbourrow@bakerdonelson.com
kdwyer@bakerdonelson.com

*Counsel for Defendants*