UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| PARKER POE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) NO. 3:24-cv-0368 |
| | ) |
| MELANIE LOWE, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

Pending before the Court is an unopposed emergency motion to seal filed by Defendants in this matter. (Doc. No. 238.) The Clerk shall allow the Defendants to withdraw their Notice of Filing (Doc. No. 237), including exhibits, at Doc. Nos. 237-1 through 237-21, and file the redacted documents within fourteen days.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE