> Motion (253) is **GRANTED** and Doc. No. 249 shall be sealed.
>
> /s/ Waverly D. Crenshaw, Jr.
> US DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| PARKER POE, | ) |
|     Plaintiff, | ) Case No. 3:24-cv-00368 |
| v. | ) Judge Crenshaw |
| | ) Magistrate Judge Frensley |
| DR. MELANIE LOWE, *et al.*, | ) |
|     Defendants. | ) |

**EMERGENCY MOTION TO SEAL EXHIBITS FILED
UNDER NOTICE OF FILING**

In accordance with Local Rule 5.03, Plaintiff moves for an expedited order sealing exhibits filed under the Notice of Filing at Docket 249. Plaintiff redacted these exhibits, but it has come to Plaintiffs attention that a very few instances of some names, including Plaintiff and non-party students were missed. The Parties will confer and redact any necessary information. Plaintiff will refill the revised Notice of Filing within fourteen days.

Counsel for Plaintiff has conferred with counsel for the Defendants and can represent that they do not oppose this motion. For the foregoing reasons, Plaintiff moves to seal exhibits filed under the Notice of Filing at 249.

DATED: February 26, 2026        Respectfully submitted,

                                                */s/ Edward J. Canter*
                                                J. Alex Little (TN BPR #29858)
                                                Edward J. Canter (NY #5345236)
                                                Sloan E. Nickel (TN BPR #42956)
                                                LITSON PLLC
                                                54 Music Square East, Suite 300