Motion (165) is **DENIED AS MOOT**, based upon Defendants' motion for summary judgment. (Doc. No. 232).

*Waverly D. Crenshaw, Jr.*
US DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| **PARKER POE,** | ) | |
| Plaintiff, | ) ) ) | Case No. 3:24-cv-00368 |
| v. | ) ) ) | Judge Crenshaw<br>Magistrate Judge Frensley |
| **DR. MELANIE LOWE,** *et al.*, | ) ) ) | |
| Defendants. | ) | |

# DEFENDANTS' PARTIAL MOTION TO DISMISS
# SECOND AMENDED COMPLAINT

Defendants Dr. Melanie Lowe ("Dr. Lowe"), Dr. Jeremy Bourgoin ("Dr. Bourgoin"), Neil Jamerson ("Jamerson"), Lisa Clapper ("Clapper"), Dr. Jamie Bojarski ("Dr. Bojarski"), Dr. Cynthia Paschal ("Dr. Paschal"), and Vanderbilt University ("Vanderbilt") (collectively, "Defendants") submit this Partial Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6). Although the sufficiency of most of Plaintiff's claims was adjudicated by the Court in its Memorandum Opinion granting in part and denying in part Defendants' Motion to Dismiss Plaintiff's First Amended Complaint (ECF No. 97), the Second Amended Complaint includes new theories of breach of contract (Count I) and a new claim for tortious interference with business relations (Count VIII). These theories and claim fail to state a claim upon which Plaintiff is entitled to relief and should be dismissed.

For these reasons, as more fully discussed in the accompanying Memorandum of Law, Defendants respectfully request that the Court dismiss the relevant portions of Count I and the entirety of Count VIII of the Second Amended Complaint with prejudice, in accordance with Federal Rule of Civil Procedure 12(b)(6).