**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **PARKER POE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Case No. 3:24-cv-00368** |
| | ) | |
| **v.** | ) | **Judge Crenshaw** |
| | ) | **Magistrate Judge Frensley** |
| **DR. MELANIE LOWE, *et al.*,** | ) | |
| | ) | |
| **Defendants.** | ) | |

### DEFENDANTS' MOTION FOR LEAVE TO FILE AMENDED REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Defendants Vanderbilt University, Neil Jamerson, Jeremy Bourgoin, Jamie Bojarski, and Lisa Clapper (collectively, "Defendants") submit this Motion for Leave to file an amended version of their Reply to Plaintiff's Opposition to Defendants' Motion for Summary Judgment, attached hereto as **Exhibit 1**. For good cause, Defendants seek to amend to remove a factual inaccuracy inadvertently included in footnote 4 of its original Reply (ECF No. 256). In accordance with Local Rule 7.01(a)(1), counsel for Defendants has conferred with counsel for Plaintiff and the relief sought in this motion is not opposed.

For the foregoing reasons, Defendants move for an order granting them leave to file the Amended Reply to Plaintiff's Opposition to Defendants' Motion for Summary Judgment attached hereto as **Exhibit 1**.

DATED: March 5, 2026                    Respectfully submitted,

*/s Mark A. Baugh*
Mark A.  Baugh (#15779)
Ryan P. Loofbourrow (#33414)
Katelyn R. Dwyer (#39090)
Baker, Donelson, Bearman,
Caldwell & Berkowitz, P.C.
1600 West End Avenue, Suite 2000
Nashville, TN 37203
(615) 726-5600
mbaugh@bakerdonelson.com
rloofbourrow@bakerdonelson.com
kdwyer@bakerdonelson.com

*Counsel for Defendants*

2