IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| PARKER POE, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 3:24-cv-00368 |
| | ) | |
| v. | ) | Judge Crenshaw |
| | ) | Magistrate Judge Frensley |
| DR. MELANIE LOWE, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**AMENDED NOTICE OF FILING IN SUPPORT OF PLAINTIFF'S
RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Plaintiff gives notice of his filing of further redacted versions of his exhibits in support of his response to Defendants' statement of undisputed facts in support of their motion for summary judgment. These versions supersede the exhibits previously filed at Dkt. 249 and contain additional redactions, including the redaction of Plaintiff's, Simon Roe's, and other nonparty students' identities and identifying information, which are justified by the Court's previous orders. *See* Dkts. 1-1 at 77, 30, 216, 201-07 at ¶ 6 (in each order). Plaintiff and Simon Roe retain the burden to prove that their additional redactions are justified. L.R. 5.03(d).

The exhibits are:

1. Ex. 4 to Jeremy Bourgoin's deposition;

2. Ex. 5 to Jeremy Bourgoin's deposition;

3. Ex. 6 to Jeremy Bourgoin's deposition;

4. [Redacted] Ex. 7 to Jeremy Bourgoin's deposition (VU_00002759);

5. [Redacted] Ex. 8 to Jeremy Bourgoin's deposition (VU_00002317);

6. [Redacted] Ex. 10 to Jeremy Bourgoin's deposition (VU_00002762);

7. [Redacted] Ex. 11 to Jeremy Bourgoin's deposition (VU_00002411);

8. [Redacted] Ex. 12 to Jeremy Bourgoin's deposition (VU_00000569);

9. [Redacted] Ex. 14 to Jeremy Bourgoin's deposition (VU_00002783);

10. [Redacted] Ex. 15 to Jeremy Bourgoin's deposition (VU_00000969);

11. [Redacted] Ex. 16 to Jeremy Bourgoin's deposition (VU_00002059);

12. [Redacted] Ex. 18 to Jeremy Bourgoin's deposition (VU_00002531);

13. [Redacted] Ex. 19 to Jeremy Bourgoin's deposition (VU_00002773);

14. [Redacted] Ex. 22 to Jeremy Bourgoin's deposition (VU_00000401);[1]

15. Ex. 5 to Lisa Clapper's deposition;

16. [Redacted] Ex. 10 to Lisa Clapper's deposition (VU_00000610);

17. [Redacted] Ex. 11 to Lisa Clapper's deposition (VU_00000969);

18. [Redacted] Ex. 12 to Lisa Clapper's deposition;

19. [Redacted] Ex. 13 to Lisa Clapper's deposition (VU_00002773);

20. [Redacted] Ex. 14 to Lisa Clapper's deposition (VU_00002768);

21. [Redacted] Ex. 15 to Lisa Clapper's deposition;

22. Ex. 4 to Neil Jamerson's deposition;

23. [Redacted] Ex. 8 to Neil Jamerson's deposition (VU_00002762);

24. [Redacted] Ex. 9 to Neil Jamerson's deposition (VU_00002227);

25. [Redacted] Ex. 10 to Neil Jamerson's deposition (VU_00002261);

---

[1] Plaintiff's brief cites and quotes the relevant exhibit. Dkt. 247 at 23. Through an administrative error, the initial notice of filing included an incorrect document as Bourgoin Ex. 20—a document not cited anywhere in the brief. The correct exhibit accompanies this amended filing.

26. [Redacted] Ex. 11 to Neil Jamerson's deposition (VU_00002483);

27. [Redacted] Ex. 12 to Neil Jamerson's deposition (VU_00002507);

28. [Redacted] Ex. 13 to Neil Jamerson's deposition (VU_00000593);

29. [Redacted] Ex. 14 to Neil Jamerson's deposition;

30. [Redacted] Ex. 15 to Neil Jamerson's deposition (VU_00002698);

31. [Redacted] Ex. 16 to Neil Jamerson's deposition (VU_00002545);

32. [Redacted] Ex. 18 to Neil Jamerson's deposition (VU_00000681);

33. [Redacted] Ex. 19 to Neil Jamerson's deposition (VU_00002037);

34. [Redacted] Ex. 20 to Neil Jamerson's deposition (VU_00002560);

35. [Redacted] Ex. 23 to Neil Jamerson's deposition (VU_00002059);

36. [Redacted] Ex. 24 to Neil Jamerson's deposition (VU_00002531);

37. [Redacted] Ex. 25 to Neil Jamerson's deposition (VU_00000407);

38. [Redacted] Ex. 13 to Vanderbilt 30(b)(6) deposition;

39. Ex. 4 to Melanie Lowe's deposition;

40. [Redacted] Ex. 2 to Parker Poe's deposition;

41. Ex. 3 to Kristin Torrey's Deposition;

42. [Redacted] Father of Roe Subp. Resp.000001-59 (FORSR000001-59);

43. [Redacted] March 21, 2024 Offer Letter ([Redacted]000005-06);

44. [Redacted] Internship Materials ([Redacted]000005-12, 22-23);

45. [Redacted] 02/23/23 Parent Email (VU_00000969);

46. [Redacted] Case Resolution Form (VU_00002705);

47. [Redacted] 1/19/2023 Roe Family Email (VU_00002008);

48. [Redacted] Submission to VU (VU_00002331-50);

49. 3/27/2023 Meeting Request Email (VU_00002902);[2]

50. [Redacted] Poe Outcome Rationale (VU_00002831);

51. [Redacted] Poe's Attorney Statement (VU_00000339);

52. [Redacted] VU_00003090 Audio Recording Tr., Excerpt;

53. [Redacted] Victim Impact Statement for L.N. (VU_00002612)

54. [Redacted] VU_0000990 Audio Recording Tr., Excerpt;

55. [Redacted] 2/1/2023 Scheduling Emails (VU_00000110);

56. [Redacted] 1/9/23 Vanderbilt Letter (VU_00000744);

57. [Redacted] Screenshots of L.N. posts (VU_00002657);

58. [Redacted] VU_00002697 Audio Recording Tr. Excerpts;

59. [Redacted] Case Resolution Form (VU_00003093);

60. [SEALED] Prasad Report;

61. [Redacted] VU_00000432;

62. [Redacted] VU_00000370;

63. [Redacted] POE000446;

64. [Redacted] VU_00002644.[3]

---

[2]  Plaintiff's opposition brief correctly references the exhibit bearing Bates number VU_00002902. The original Notice inadvertently attached the next sequential page. This filing corrects that error.

[3]  Plaintiff's response to Defendants' Statement of Undisputed Facts cites four documents by Bates number—referenced in Facts 29, 50, 52, and 53—that were inadvertently omitted from the original notice of filing. Those documents are attached hereto as Nos. 61–64.

DATED: March 13, 2026 Respectfully submitted,

*/s/ Edward J. Canter*
J. Alex Little (TN BPR #29858)
Edward J. Canter (NY #5345236)
Sloan E. Nickel (TN BPR #42956)
LITSON PLLC
54 Music Square East, Suite 300
Nashville, TN 37203
(615) 985-8205
alex@litson.co
ted@litson.co
sloan@litson.co

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 13, 2026, I filed the foregoing document electronically through the CM/ECF system, which caused all counsel of record to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

By: */s/ Edward J. Canter*
Edward J. Canter