MOTION GRANTED.  A telephone conference is set for May 15, 2026 at 10:00 a.m.  All parties shall call 1-855-244-8681, and when prompted for the access code, enter 23139129180# to participate in the Case Management Conference.  If a party has difficulty connecting to the call or has been on hold for more than five (5) minutes, please call 615-736-7344.

## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | |
|---|---|
| PARKER POE, | |
| v. | Case No. 3:24-cv-00368 |
| DR. MELANIE LOWE, *et al.*, | Judge Crenshaw |
| Defendants. | Magistrate Judge Frensley |

### PLAINTIFF'S UNOPPOSED MOTION FOR A DISCOVERY CONFERENCE

Pursuant to LR 37.01(b), Plaintiff asks the Court to hold a discovery conference on a privilege dispute that arose after the close of discovery. The attached Joint Discovery Dispute Statement details the issue. Defendants Vanderbilt University, Dr. Jeremy Bourgoin, Neil Jamerson, Lisa Clapper, and Dr. Jamie Bojarski oppose the relief Plaintiff seeks but do not oppose the conference itself.

Respectfully submitted,

*/s/ Edward J. Canter*

J. Alex Little (TN BPR No. 29858)
Edward J. Canter (NY No. 5345236)
Sloan E. Nickel (TN BPR #42956)
LITSON PLLC
54 Music Square East, Suite 300
Nashville, Tennessee 37203
alex@litson.co
ted@litson.co
sloan@litson.co

*Attorneys for Parker Poe*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 4, 2026, a true and correct copy of the foregoing

motion has been served via the court's CM/ECF system upon all counsel of record.

*/s/ Edward J. Canter*
Edward J. Canter