# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| PARKER POE, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 3:24-cv-00368 |
| | ) | |
| v. | ) | Judge Crenshaw |
| | ) | Magistrate Judge Frensley |
| DR. MELANIE LOWE, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' MOTION *IN LIMINE* #10 TO EXCUSE MELANIE LOWE FROM HER TRIAL SUBPOENA ON JUNE 4-5, 2026**

Defendants Vanderbilt University, Neil Jamerson, Jeremy Bourgoin, and Lisa Clapper (collectively, "Defendants") respectfully move the Court for entry of an order *in limine* excusing nonparty Dr. Melanie Lowe from her subpoena on June 4-5, 2026. Dr. Lowe has a conference in New York City that she requests the parties and the Court accommodate, if possible.

## I.    FACTS

Dr. Lowe was the Chair of the Appellate Review Board in the student accountability process. (Lowe Dep. 14:5-10.) In this role, Dr. Lowe reviewed Plaintiff's appeal from his suspension and determined that no Appellate Review Board panel could find in Plaintiff's favor. (Lowe Dep. 51:2-52:8, ECF No. 236-21; Exhibit 6 to Lowe Dep., ECF No. 236-22.) Dr. Lowe therefore dismissed the appeal. (Exhibit 6 to Lowe Dep., ECF No. 236-22.)

While Dr. Lowe was initially a defendant in the case, the Court dismissed all claims against her. (Nov. 13, 2024 Order, ECF No. 98.) The Court permitted 11 breach of contract claims to go to trial, including one focused on alleged irregularities with the appellate process. (Memo. Op. 7,

1

ECF No. 265 (theory five).) Plaintiff subpoenaed Dr. Lowe for trial—likely to elicit testimony from her about the appellate process at issue.

Dr. Lowe seeks to attend a work-related conference in New York City on June 4-7. While she understands that she must remain in Nashville under the subpoena, she requests an accommodation to permit her to attend the conference. She would be available to be called to testify any other day of trial, which is set to extend from June 2 through June 15.

## II.     ARGUMENT

Under Federal Rule of Evidence 611(a), the Court has broad discretion to direct the "mode and order of examining witnesses and presenting evidence." Dr. Lowe requests that the Court direct the order of examining witnesses by preventing her from being called on either June 4 or June 5 so that she may attend a work conference. There are plenty of other witnesses to be called, so this accommodation should not delay the case.

## III.     CONCLUSION

For the reasons set forth above, Defendants respectfully request that the Court enter an order *in limine* excusing Dr. Lowe from her subpoena on June 4-5.

DATED: May 11, 2026                     Respectfully submitted,

*/s Mark A. Baugh*
Mark A.  Baugh (#15779)
Ryan P. Loofbourrow (#33414)
Katelyn R. Dwyer (#39090)
Baker, Donelson, Bearman,
Caldwell & Berkowitz, P.C.
1600 West End Avenue, Suite 2000
Nashville, TN 37203
(615) 726-5600
mbaugh@bakerdonelson.com
rloofbourrow@bakerdonelson.com
kdwyer@bakerdonelson.com

*Counsel for Defendants*

2