MOTION GRANTED.

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

| | | |
|---|---|---|
| **PARKER POE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Case No. 3:24-cv-00368** |
| | ) | |
| **v.** | ) | **Judge Crenshaw** |
| | ) | |
| **MELANIE LOWE,** *et al.*, | ) | **JURY DEMAND** |
| | ) | |
| **Defendants.** | ) | |

### JOINT MOTION TO FILE SUPPLEMENTAL JOINT DISCOVERY DISPUTE STATEMENT

The parties jointly move to file a supplement to their prior Joint Discovery Dispute Statement (Doc. 262-1) to add an additional issue for the Court's consideration at the upcoming discovery conference. For good cause, the parties state as follows:

1. The Court set a discovery conference for May 15, 2026 at 10:00 AM to discuss the issues raised in the parties Joint Discovery Dispute Statement (Doc. 262-1). (*See* Doc. 267).

2. In addition to discussing the issues raised in the parties' original Joint Discovery Dispute Statement (Doc. 262-1), the parties wish to seek the Court's intervention on another narrow discovery dispute that arose recently. The parties have drafted a Supplemental Joint Discovery Dispute Statement on that issue, attached hereto as **Exhibit 1**.

3. With trial rapidly approaching, opportunities to conference with the Court are minimal, and the parties believe that adding this narrow dispute to the pre-existing conference would be an efficient and economical use of time.

For good cause shown, the parties respectfully request that the Court consider the attached Supplemental Joint Discovery Statement ahead of the upcoming May 15, 2026 conference.

DATED: May 14, 2026　　　　　　　Respectfully submitted,

*/s Katelyn R. Dwyer*
Mark A.  Baugh (#15779)
Ryan P. Loofbourrow (#33414)
Katelyn R. Dwyer (#39090)
Baker, Donelson, Bearman,
Caldwell & Berkowitz, P.C.
1600 West End Avenue, Suite 2000
Nashville, TN 37203
(615) 726-5600
mbaugh@bakerdonelson.com
rloofbourrow@bakerdonelson.com
kdwyer@bakerdonelson.com

*Counsel for Defendants*


and


*/s Edward J. Canter (with permission)*
J. Alex Little (#29858)
Edward J. Canter (NY No. 5345236)
Sloan E. Nickel (#42956)
Litson PLLC
54 Music Square East, Suite 300
Nashville, TN 37203
alex@litson.co
ted@litson.co
sloan@litson.co

*Counsel for Parker Poe*

2