# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | |
|---|---|
| PARKER POE,<br><br>      Plaintiff,<br><br>v.<br><br>DR. MELANIE LOWE, *et al.*,<br><br>      Defendants. | Case No. 3:24-cv-00368<br><br>Judge Crenshaw<br><br>Magistrate Judge Frensley |

## PLAINTIFF'S UNOPPOSED MOTION FOR A 24-HOUR CONTINUANCE OF PRETRIAL DEADLINES TO FACILITATE MEDIATION

Plaintiff respectfully moves for a 24-hour continuance, applicable to both parties, of all pretrial deadlines currently due on May 18, 2026, including the deadline for responses to pending motions in limine. The parties have scheduled mediation for that same date before the Honorable Mildred Methvin (Ret.). Plaintiff believes that a brief extension of the pretrial deadlines will give the mediation process its best opportunity for success. Should mediation not resolve the case, the parties can promptly file all pretrial submissions—including responses to pending motions in limine—on May 19, 2026. Defendant does not oppose this motion.

## BACKGROUND

On March 5, 2026, this Court entered an Order granting in part and denying in part Defendant's Motion for Summary Judgment, and directed the parties to

mediate. Dkt. 266. The Court ordered the parties to file a joint status report identifying an agreed-upon mediator and mediation date by May 12, 2026. *Id.*

The parties promptly conferred and selected Judge Methvin to serve as mediator. May 18, 2026 was the earliest date on which all participants were available, so the parties scheduled mediation for that date. The parties' pretrial submissions—including the Joint Proposed Pretrial Order, jury instructions, verdict forms, witness lists, exhibit lists, stipulations, expert reports, and responses to motions in limine—are presently due the same day as the mediation.

## ARGUMENT

Plaintiff believes that focusing fully on mediation on May 18, without simultaneous pretrial filing obligations, will give the process its best chance of success. Plaintiff accordingly requests a single additional day to file pretrial materials if the case does not settle.

A one-day extension will not affect any party's ability to prepare for trial, delay the Court's schedule, or prejudice anyone. What it will do is allow both sides to enter mediation without the distraction of simultaneous pretrial filing obligations—which, in Plaintiff's judgment, will meaningfully improve the prospects for settlement and serve the interest in judicial economy that prompted the Court's mediation order.

If mediation does not resolve the case, the parties will file all pretrial submissions, including responses to motions in limine, by May 19, 2026.

**CONCLUSION**

Plaintiff respectfully requests that the Court extend, for both parties, all pretrial deadlines currently due on May 18, 2026—including the deadline for responses to pending motions in limine—by 24 hours, to May 19, 2026.

Respectfully submitted,

*/s/ Edward J. Canter*

J. Alex Little (TN BPR No. 29858)
Edward J. Canter (NY No. 5345236)
Sloan E. Nickel (TN BPR #42956)
LITSON PLLC
54 Music Square East, Suite 300
Nashville, Tennessee 37203
alex@litson.co
ted@litson.co
sloan@litson.co

*Attorneys for Parker Poe*

# <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 17, 2026, a true and correct copy of the foregoing motion has been served via the court's CM/ECF system upon all counsel of record.

*/s/ Edward J. Canter*
Edward J. Canter