Motion (291) **is** **GRANTED.**

*Waverly D. Crenshaw, Jr*
US DISTRICT JUDGE

**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | |
|---|---|
| PARKER POE,<br><br>     Plaintiff,<br><br>v.<br><br>DR. MELANIE LOWE, *et al.*,<br><br>     Defendants. | Case No. 3:24-cv-00368<br><br>Judge Crenshaw<br><br>Magistrate Judge Frensley |

**PLAINTIFF'S UNOPPOSED MOTION FOR A 24-HOUR CONTINUANCE**
**OF PRETRIAL DEADLINES TO FACILITATE MEDIATION**

Plaintiff respectfully moves for a 24-hour continuance, applicable to both parties, of all pretrial deadlines currently due on May 18, 2026, including the deadline for responses to pending motions in limine. The parties have scheduled mediation for that same date before the Honorable Mildred Methvin (Ret.). Plaintiff believes that a brief extension of the pretrial deadlines will give the mediation process its best opportunity for success. Should mediation not resolve the case, the parties can promptly file all pretrial submissions—including responses to pending motions in limine—on May 19, 2026. Defendant does not oppose this motion.

**BACKGROUND**

On March 5, 2026, this Court entered an Order granting in part and denying in part Defendant's Motion for Summary Judgment, and directed the parties to