Motion (293) is **GRANTED.**

*Waverly D. Crenshaw, Jr.*

US DISTRICT JUDGE

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

PARKER POE,

      Plaintiff,

v.

DR. MELANIE LOWE, *et al.*,

      Defendants.

Case No. 3:24-cv-00368

Judge Crenshaw

Magistrate Judge Frensley

**PLAINTIFF'S UNOPPOSED MOTION FOR A 12-HOUR CONTINUANCE**
**OF PRETRIAL DEADLINES TO FACILITATE MEDIATION**

Plaintiff respectfully submits this status update regarding the parties' ongoing mediation and moves for a brief continuance, applicable to both parties, of all pretrial deadlines currently due on May 19, 2026, including the deadline for responses to pending motions in limine, until 12:00 p.m. on May 20, 2026.

The parties began mediating this case before the Honorable Mildred Methvin (Ret.) on May 18, 2026, and negotiations are ongoing. Plaintiff requests this short additional continuance to allow the parties to complete those negotiations. To ensure that the Court has sufficient time to review any filings, if necessary, Plaintiff requests that the deadline be extended only until noon tomorrow. Should mediation not resolve the case, the parties will promptly file all pretrial submissions by that time. Defense counsel has represented that they do not oppose this motion.