# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| PARKER POE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:24-cv-00368 |
| | ) | |
| DR. MELANIE LOWE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

The Court held a telephonic conference with counsel on May 21, 2026. The parties stated on the record that they have reached a settlement on all material terms. The mediator shall file a report within two business days, pursuant to Local Rule 16.05(b). The pretrial conference set for May 26, 2026, and trial set for June 2, 2026, are CANCELLED, and the parties shall file a final order of dismissal within 45 days of the entry of this Order.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE